PHILLIP A. TALBERT
Acting United States Attorney
NIRAV K. DESAI
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $177,820.00 IN U.S CURRENCY,<br><br>APPROXIMATELY $130,000.00 IN U.S CURRENCY,<br><br>APPROXIMATELY $50,000.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $8,323.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>APPROXIMATELY $4,550.00 IN THE FORM OF A CASHIER'S CHECK, and<br><br>APPROXIMATELY $4,796.00 IN THE FORM OF A CASHIER'S CHECK,<br><br>       Defendants. | 2:16-MC-00101-MCE-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

    It is hereby stipulated by and between the United States of America and potential claimant Abhijit Prasad ("claimant"), by and through his respective counsel, as follows:

    1.    On or about March 29, 2016, the United States State Department, Diplomatic Security Service, seized the above-referenced defendant currency and defendant funds pursuant to Federal seizure

warrants.

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iii), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant currency and defendant funds, or obtain an indictment alleging that the defendant currency and defendant funds are subject to forfeiture within sixty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is May 28, 2016.

3. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to August 26, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and defendant funds and/or to obtain an indictment alleging that the defendant currency and defendant funds are subject to forfeiture.

4. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and defendant funds and/or to obtain an indictment alleging that the defendant currency and defendant funds are subject to forfeiture shall be extended to August 26, 2016.

Dated: 5/26/2016                              PHILLIP A. TALBERT
                                              Acting United States Attorney

                                       By:    /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney

Dated: 5/25/2016                               /s/ Scott L. Tedmon
                                              SCOTT L. TEDMON
                                              Attorney for Potential Claimant Abhijit Prasad

**IT IS SO ORDERED**.

**Dated: June 1, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

Stipulation and Order to Extend Time