1  PHILLIP A. TALBERT
   United States Attorney
2  NIRAV K. DESAI
   KEVIN C. KHASIGIAN
3  Assistant U. S. Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5
   Attorneys for the United States
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:16-MC-00101-MCE-CKD

12              Plaintiff,

13      v.                                STIPULATION AND ORDER EXTENDING TIME
                                          FOR FILING A COMPLAINT FOR FORFEITURE
14 APPROXIMATELY $177,820.00 IN U.S       AND/OR TO OBTAIN AN INDICTMENT
   CURRENCY,                              ALLEGING FORFEITURE
15
   APPROXIMATELY $130,000.00 IN U.S
16 CURRENCY,

17 APPROXIMATELY $50,000.00 IN THE
   FORM OF A CASHIER'S CHECK,
18
   APPROXIMATELY $8,323.00 IN THE
19 FORM OF A CASHIER'S CHECK,

20 APPROXIMATELY $4,550.00 IN THE
   FORM OF A CASHIER'S CHECK,
21 and

22 APPROXIMATELY $4,796.00 IN THE
   FORM OF A CASHIER'S CHECK,
23
               Defendants.
24

25      It is hereby stipulated by and between the United States of America and potential claimant Abhijit

26 Prasad ("claimant"), by and through his respective counsel, as follows:

27      1.      On or about March 29, 2016, the United States State Department, Diplomatic Security

28 Service, seized the above-referenced defendant currency and defendant funds pursuant to Federal seizure

                                          1

1   warrants.

2        2.     Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iii) and 983(a)(3)(A), the United States is required to

3   send notice to potential claimants, file a complaint for forfeiture against the defendant currency and

4   defendant funds, or obtain an indictment alleging that the defendant currency and defendant funds are

5   subject to forfeiture within sixty days of seizure, unless the court extends the deadline for good cause

6   shown or by agreement of the parties.  That deadline was May 28, 2016.

7        3.     By Stipulation and Order filed June 2, 2016, the parties stipulated to extend to August 26,

8   2016, the time in which the United States is required to file a civil complaint for forfeiture against the

9   defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

10  forfeiture.

11       4.     By Stipulation and Order filed August 29, 2016, the parties stipulated to extend to

12  November 25, 2016, the time in which the United States is required to file a civil complaint for forfeiture

13  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

14  subject to forfeiture.

15       5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

16  January 24, 2017, the time in which the United States is required to file a civil complaint for forfeiture

17  against the defendant currency and defendant funds and/or to obtain an indictment alleging that the

18  defendant currency and defendant funds are subject to forfeiture.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation and Order to Extend Time

6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and defendant funds and/or to obtain an indictment alleging that the defendant currency and defendant funds are subject to forfeiture shall be extended to January 24, 2017.

Dated:  11/22/2016                                   PHILLIP A. TALBERT
                                                                  United States Attorney

                                                        By:      /s/ Kevin C. Khasigian
                                                                  KEVIN C. KHASIGIAN
                                                                  Assistant U.S. Attorney

Dated:  11/22/2016                                       /s/ Scott L. Tedmon
                                                                  SCOTT L. TEDMON
                                                                  Attorney for Potential Claimant Abhijit Prasad

                                                                  As authorized via email

**IT IS SO ORDERED**.

Dated:  November 28, 2016


                                                                  MORRISON C. ENGLAND, JR.
                                                                  UNITED STATES DISTRICT JUDGE